IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS

    Plaintiff,                    No. 2:10-cv-1300 MCE CKD P

    vs.

M. BEUTLER, et al.

    Defendant.                  <u>ORDER</u>

        Plaintiff seeks to revise the scheduling order to allow for additional time in which to conduct discovery. Good cause appearing, the request will be granted. The deadline for filing dispositive motions will be amended accordingly.

        Therefore, IT IS HEREBY ORDERED that the motion to revise the discovery and scheduling order (Docket No. 35) is granted. The discovery deadline is extended to July 1, 2012. The deadline for filing pre-trial motions except motions to compel is extended to August 15, 2012.

Dated: May 25, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3/thom1300.ord