IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS

      Plaintiff,                    No. 2:10-cv-1300 MCE CKD P

    vs.

M. BEUTLER, et al.

      Defendants.            ORDER

                               /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 17, 2012, the magistrate judge filed findings and recommendations herein (ECF No. 34) that were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations (ECF No. 37).

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 17, 2012, are adopted in full.

2. The motion for library access (ECF No. 26), construed by the Court as a motion for injunctive relief, is denied.

Dated: July 6, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3
thom1300.805

2