IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

    Plaintiff,                       No. 2: 10-cv-1300 MCE CKD P

    vs.

M. BEUTLER, et al.,

    Defendant.                  ORDER

_____/

    The Court, having considered Defendants motion to modify the scheduling order filed on August 14, 2012 which would extend the time to file a dispositive motion, and good cause having been found:

    IT IS HEREBY ORDERED that:

    1. The motion to modify the scheduling order (Dkt. No. 53) is GRANTED; and

    2. Defendants have until September 15, 2012 to file a dispositive motion.

Dated: August 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
thom1300.36

1