IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

    Plaintiff,                            No. 2:10-cv-1300 MCE CKD

    vs.

M. BEUTLER,

    Defendants.                  ORDER

_____/

        Plaintiff, a state prisoner, proceeds pro se with a civil rights action under 42 U.S.C. § 1983. Pursuant to the court's order of December 20, 2012, plaintiff has been declared a three-strikes litigant pursuant to 28 U.S.C. § 1915(g) and his IFP status for this case has been revoked. (See Dkt. No. 84.) Further, the "imminent danger" exception does not apply to this case. (See Id.) In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit the $350.00 filing fee for this action within 30 days from the date of this order; failure to pay the filing fee within 30 days will result in a recommendation that this action be dismissed.

Dated: December 26, 2012

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

8thom1300.payfee