IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS

    Plaintiff,                      No.  2:10-cv-1300 MCE CKD

   vs.

M. BEUTLER,

    Defendants.                FINDINGS & RECOMMENDATION

_____/

        Plaintiff, a state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983.  In the court's order of December 20, 2012 (Dkt. No. 84), plaintiff was declared a three-strikes litigant pursuant to 28 U.S.C. § 1915(g) and his in forma pauperis (IFP) status for this case was revoked.  It was further found that the "imminent danger" exception does not apply to this case.  Plaintiff sought reconsideration of the December 20, 2012 order declaring him a three-strikes litigant; on February 14, 2012, that motion was denied.  (Dkt. Nos. 87, 92.)

        On December 26, 2012, plaintiff was ordered to submit the filing fee for this action within 30 days or face dismissal of this case.  (Dkt. No. 85.)  Plaintiff has failed to pay the filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.  See Local Rule 110; Fed. R. Civ. P. 41(b).

/////

1

1       These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
3 days after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6 shall be served and filed within fourteen days after service of the objections.  The parties are
7 advised that failure to file objections within the specified time may waive the right to appeal the
8 District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

  Dated: February 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
thom1300.157.dismiss